IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAMELA GROSSMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:06-CV-531-KI<br><br><br><br>~~PROPOSED~~ ORDER FOR EAJA FEES |

    Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,847.47 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No other fees, costs or expenses will be awarded.

    DATED this _10th_ day of _April_, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant

Page 1    ORDER [3:06-CV-531-KI]