MERRILL SCHNEIDER, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 16310
Portland, Oregon 97292-0310
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Pamela Grossman, Plaintiff

FILED '08 SEP 10 15:47 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Pamela Grossman,
       Plaintiff,

CV # 06-531-KI

v.

ORDER

MICHAEL ASTRUE, Commissioner
of Social Security,

       Defendant.

The court finds and orders an attorney fee of $1,1146.00 pursuant to 42 U.S.C. § 406(b).

This court previously awarded Equal Access to Justice Act fees of $4847.47 to Plaintiff's attorneys under 28 U.S.C. § 2412. Upon receipt of the fee of $11146.00, Plaintiff's attorney will refund $4847.47, the EAJA amount previously awarded in this matter, to Plaintiff.

Dated this 10th day of Sept., 2008.

/s/ Garr King
Garr King
United States District Judge